# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TRUSTEES OF THE TEAMSTERS UNION NO 142 PENSION FUND;
TRUSTEES OF THE TEAMSTERS UNION LOCAL NO 142 TRAINING
AND APPRENTICESHIP TRUST FUND; and
TRUSTEES OF THE UNION LOCAL NO 142 ANNUITY FUND

      Plaintiffs

  v.

                                               **Civil Action No.  2:21-cv-153**

ACTIN INC and
ACTIN CONTRACTING LIMITED LIABILITY COMPANY
*also known as* Actin Tri Contracting Limited Liability Company

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___  the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_  Other:  Default judgment is ENTERED in favor of Plaintiffs Trustees of the Teamsters Union No 142 Pension Fund, Trustees of the Teamsters Union Local No 142 Training and Apprenticeship Trust Fund, and Trustees of the Union Local No 142 Annuity Fund and against Defendant Actin Inc in the amount of Forty-Two Thousand One Hundred Fifteen Dollars and Twenty-Nine Cents ($42,115.29). Default judgment is ENTERED in favor of Plaintiffs Trustees of the Teamsters Union No 142 Pension Fund, Trustees of the Teamsters Union Local No 142 Training and Apprenticeship Trust Fund, and Trustees of the Union Local No 142 Annuity Fund and against Defendant Actin Contracting Limited Liability Company also known as Actin Tri Contracting Limited Liability Company in the amount of Seventy-Two Thousand, Eight Hundred Ninety-Five Dollars and Eighteen Cents ($72,895.18).

This action was (*check one*):

___  tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___  tried by Judge _____ without a jury and the above decision was reached.

_X_  decided by Judge Philip P. Simon on an Amended Motion for Default Judgment.

DATE: 10/4/2021                                        GARY T. BELL, CLERK OF COURT

                                                          by   s/ B. Scheumann_____
                                                          *Signature of Clerk or Deputy Clerk*