IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS UNION NO. 142 PENSION FUND, *et al*., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ACTIN, INC. and ACTIN CONTRACTING LIMITED LIABILITY COMPANY, | ) ) )    CASE NO. 2:21-cv-153-PPS-JPK |
| Defendants, | ) ) |
| and | ) ) |
| FIRST MIDWEST BANK, NICTD, PRAXAIR, CLEVELAND CLIFFS, CARMEUSE LIME, and U.S. STEEL, | ) ) ) ) |
| Garnishee Defendants, | ) |

## **MOTION TO VACATE PROCEEDINGS SUPPLEMENTAL HEARING**

Plaintiffs, the Trustees of the Teamsters Union No. 142 Pension Fund, Training and Apprenticeship Fund, and Annuity Fund, move the Court for an order vacating the proceedings supplemental hearing scheduled for April 26, 2022, at 11:00 a.m. For cause, Plaintiffs state that the parties previously reached an agreement as to the funds held by Garnishee Defendant First Midwest Bank. This agreement was reflected in the Agreed Garnishment Order previously filed with and entered by the Court. [DE 24, 25.] Plaintiffs have how received the funds paid to Plaintiffs by Garnishee-Defendant First Midwest Bank pursuant to the Agreed Order.

Plaintiffs will not seek an order of garnishment with respect to any other Garnishee Defendant. The Agreed Order released any money, property, or credits belonging or owed to Defendants by all Garnishee Defendants. [DE 25.] All Garnishee Defendants have been served with a copy of the Agreed Order and advised of the release as to any money, property, or credits

belonging or owed to Defendants.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order vacating the proceedings supplemental hearing scheduled for April 26, 2022.

Respectfully submitted,

LEDBETTER PARISI LLC

/s/ Paul E. Stoehr
Paul E. Stoehr (OH #0096213)
5078 Wooster Rd., Suite 400
Cincinnati, OH 45226
(937) 619-0900 (ph)
(937) 619-0999 (fax)
pstoehr@fringebenefitlaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

This will certify that on April 12, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. A copy of the foregoing was also served via US Mail upon the following non-ECF participants:

| | |
|---|---|
| Actin Inc. | Actin Contracting, LLC |
| c/o Paula Callahan, Registered Agent | c/o Paula Callahan, Registered Agent |
| 1102 E. Columbus Dr. | 1102 E. Columbus Dr. |
| P.O. Box 518 | P.O. Box 518 |
| East Chicago, IN 46312 | East Chicago, IN 46312 |

/s/ Paul E. Stoehr